**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | |
|---|---|
| NORTHWEST RESTORATION OPERATING, INC., a Washington corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurer,<br><br>              Defendant. | No.<br><br>**NOTICE OF REMOVAL**<br><br>**(FROM THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR FRANKLIN COUNTY, CAUSE NO. 25-2-51617-11)**<br><br>**Clerk's Action Required** |

TO:  THE CLERK OF U.S. DISTRICT COURT, EASTERN DISTRICT OF WASHINGTON;

AND TO:  PLAINTIFF and THEIR COUNSEL

Defendant State Farm Fire and Casualty Company ("State Farm"), hereby gives notice that this action is removed to the United States District Court for the Eastern District of Washington at Spokane from the Superior Court of

NOTICE OF REMOVAL – 1

Mix Sanders Thompson, PLLC
1601 Fifth Ave, Suite 1800
Seattle, WA 98101
Tel: 206-678-1000
Fax: 888-521-5980

Washington, in and for Spokane County. Pursuant to 28 U.S.C. § 1441, Defendant further states as follows:

**1. Intradistrict Assignment**: This matter is being removed to the Eastern District, Spokane Division because, per Plaintiff's Complaint, the claims arose in Franklin County, Washington. Plaintiff's Complaint was filed in Franklin County Superior Court.

**2. State Court Action:** State Farm is a defendant in a civil action filed in the Superior Court of Washington, in and for Franklin County, *Northwest Restoration Operating, Inc. v. State Farm Fire and Casualty Company*, Cause No. 25-2-51617-11 (the "State Court Action").

**3. Commencement of State Court Action:** The State Court Action was commenced when Plaintiff's Summons and Complaint were filed with the Clerk of the Franklin County Superior Court, on or about December 2, 2025. State Farm was served with the Summons and Complaint on December 19, 2025. The Complaint was silent on the amount in controversy.  On February 27, 2026, State Farm was served with Plaintiff's responses to Defendant's Requests for Admission (RFA) which confirmed the amount in controversy was more $75,000.  The RFA responses serve as an "other paper" from which it was first ascertained that the case was removable.  28 U.S.C. section 1446(b)(3).  See Declaration of Michael K. Rhodes, Ex. 2.

NOTICE OF REMOVAL – 2

**4. Record in State Court:** The following pleadings constitute all of the process, pleadings and orders received by and filed by State Farm in this action up to the present time:

- Summons;

- Complaint; and

- Notice of Appearance of Defendant State Farm.

A true and correct copy of Plaintiff's Complaint–served on State Farm on December 19, 2025–is attached hereto as Exhibit A. True and correct copies of all the above pleadings are attached to the Declaration of Michael K. Rhodes Regarding Records and Proceedings in State Court as Exhibit 1.

**5. Diversity of Citizenship is Basis for Federal Court Jurisdiction:** This dispute between Plaintiff and State Farm is a controversy between citizens of different states.

a. Plaintiff is and at all times material has been a Washington corporation and maintained their principal place of business in Spokane County, Washington.

b. State Farm is, and that all material times has been, incorporated under the laws of Illinois, with its principal place of business in Bloomington, MacLean County, Illinois.

NOTICE OF REMOVAL – 3

Mix Sanders Thompson, PLLC
1601 Fifth Ave, Suite 1800
Seattle, WA 98101
Tel: 206-678-1000
Fax: 888-521-5980

Therefore, complete diversity exists between Plaintiff and Defendant State Farm.

**6. Nature and Description of Case:** The above-entitled action is a civil action seeking damages for amounts allegedly owed under Plaintiff's contract for services with a State Farm insured and damages allegedly resulting from nonpayment. Plaintiff claims violations of Washington statutes and breaches of common law duties.

**7. Amount in Controversy:** The amount in controversy was not expressly set forth in the Complaint the Plaintiff filed in Franklin County Superior Court. State Farm reasonably believes that Plaintiff is seeking damages and other recoveries counting toward the jurisdictional minimum, aggregating in excess of $75,000. This reasonable belief is based on the following:

(1) Plaintiff's responses to Defendant's Requests for Admission (RFA);

(2) Plaintiff is seeking an award of attorney's fees and costs (*see* Complaint, ¶ 2; p. 13 (Prayer for Relief));

(3) Plaintiff is seeking treble/multiplied damages (*see* Complaint, ¶ 4; p. 13 (Prayer for Relief)).

Thus, although not expressly set forth in the Complaint, the amount in controversy exceeds $75,000.00 by a preponderance of the evidence, as confirmed by Plaintiffs' RFA responses.

NOTICE OF REMOVAL – 4

Mix Sanders Thompson, PLLC
1601 Fifth Ave, Suite 1800
Seattle, WA 98101
Tel: 206-678-1000
Fax: 888-521-5980

**8. Applicable Statutes:** This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and the action is removable pursuant to 28 U.S.C. §1446(b)(3).

Dated this 10th day of March, 2026

MIX SANDERS THOMPSON, PLLC

_s/Michael K. Rhodes_____
Michael K. Rhodes, WSBA No. 41911
MIX SANDERS THOMPSON, PLLC
1620 Fifth Avenue, Ste. 1800
Seattle, WA  98101
Tel:   206-678-1000
Fax:   888-521-5980
Email:       mrhodes@mixsanders.com
Attorneys for Defendant
State Farm Fire and Casualty Company

NOTICE OF REMOVAL – 5

## CERTIFICATE OF SERVICE

I, Jennifer Knapp, certify that on March 10, 2026, I caused to be served a true and correct copy of the foregoing NOTICE OF REMOVAL via the method indicated below and addressed to the following:

*Attorney for Plaintiff Northwest Restoration Operating, Inc.:*
William Gieri, WSBA #52761
Campbell & Bissell, PLLC
820 W 7th Ave
Spokane, WA 99204
509-455-7100
wgieri@campbell-bissell.com
☒U.S. Mail
☒E-mail

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

s/Jennifer Knapp
Jennifer Knapp, Legal Assistant
Mix Sanders Thompson, PLLC
1601 5th Ave, Suite 1800
Seattle, WA 98101
Tel:    206-678-1000
Fax:    888-521-5980
Email: jennifer@mixsanders.com

NOTICE OF REMOVAL – 6